UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHON HORNE,

Plaintiff(s),

v.

FEDERAL EXPRESS CORPORATION,

Defendant(s).

Case No. 26-cv-13327

Honorable Robert J. White

## ORDER FOR FACILITATION

The Court orders the parties to engage in facilitation with retired Judge Gerald Rosen. The facilitator's fees and expenses will be shared equally between Plaintiff and Defendant. The facilitator will determine the date and time of meetings and will be authorized to require in-person attendance of decision-makers and counsel. The parties are ordered to otherwise proceed in accordance with Local Rule 16.4. This case will be stayed until further order of the Court. Any due date for a response to the Complaint, if applicable, is suspended until further order of the Court, as is the requirement for the appearance of local counsel, if one has not yet appeared. It is anticipated that other cases in this district that involve similar claims against

Defendant will participate in the facilitation as part of a district-wide effort at resolution of these cases.

SO ORDERED.

Dated: October 29, 2026

s/Robert J. White
Robert J. White
United States District Judge